Irme Konczol, sometimes called Emrick Kenzal, appellee, v. Chicago Railways Company et al., appellants.  Gen. No. 25,983.
Action for personal injuries from collision with one of defendants' street cars.  Judgment on verdict for plaintiff.  Appeal from the Circuit Court of Cook county;  the Hon. Charles M. Walker, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Reversed and remanded.  Opinion filed June 3, 1921.
John E. Kehoe and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel.  Scott Osten Cavette, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Chicago Bargain House, appellee, v. Max Rudnick, appellant.  Gen. No. 25,986.
Action predicated on an alleged contract by defendant to purchase for plaintiff certain articles at an auction sale.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Reversed.  Opinion filed June 3, 1921.
Jaffie & Kaplan, for appellant; Stephen F. Riordan, of counsel. Sylvanus George Levy, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Jennie Marmer, appellee, v. Metropolitan West Side Elevated Railway Company, appellant.  Gen. No. 25,998.
Action for injury to a passenger from a fall in defendant's elevated railway car, due to a jerk of the car.  Judgment for plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Reversed with finding of fact.  Opinion filed June 3, 1921.
Addison L. Gardner and Carroll H. Jones, for appellant.  Everett Jennings and Albert Schaffner, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Ambrose F. Hede, appellee, v. Town of Cicero, appellant.  Gen. No. 25,964.
Assumpsit for salary due as a public officer.  Trial without a jury and judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1920.  Affirmed.  Opinion filed June 3, 1921.
Edward J. Carmody and Sabath, Stafford & Sabath, for appellant; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel.  John J. Sherlock, for appellee; Frank T. Huening, of counsel.
Mr. Justice Gridley delivered the opinion of the court.